UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Breiland, Vicky Breiland,

        Plaintiffs,          Civil No. 09-2605 (RHK/RLE)

vs.          **ORDER**

Meritcare Health System, Cancer Center
of North Dakota,

        Defendants.

---

    This matter is venued in the Sixth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: September 25, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge